Jennifer B. Zargarof, SBN 204382
jzargarof@sidley.com
Francis S. Lam, SBN 279076
flam@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

**Attorneys for Defendant**
**CVS CAREMARK CORPORATION and CVS RX SERVICES, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| ROBERT VERDINA,<br><br>        Plaintiff,<br><br>vs.<br><br>CVS CAREMARK CORPORATION, a Delaware Corporation; CVS RX SERVICES, INC., a New York Corporation; AMRIT VIRDEE, an individual; RUI CAMACHO, an individual, and Does 1 through 20,<br><br>        Defendant. | Case No.<br><br>**DEFENDANTS CVS CAREMARK CORPORATION'S AND CVS RX SERVICES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1331 AND §1441(A) (FEDERAL QUESTION)**<br><br>State Case No:  RG 13689600<br><br>State Action Filed:  July 30, 2013<br><br>State Action Served:  August 22, 2013 |

TO THE CLERK OF THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants CVS Caremark Corporation and CVS RX Services, Inc. (collectively, "CVS") hereby remove the above-styled action, pending as Case No. RG 13689600 in the California Superior Court for the County of Alameda ("the Action"). As grounds for removal, CVS states as follows:

## Factual Background

1.  Complaint. On or about July 30, 2013, Plaintiff Robert Verdina ("Plaintiff"), individually and on behalf of others persons similarly situated, filed the Action against CVS, Amrit Virdee, and Rui Camacho. The Complaint asserts sixteen causes of action for: (1) Disability and/or Medical Condition Discrimination in Violation of California Government Code § 12940 against CVS; (2) Failure to Accommodate Disability in Violation of California Government Code § 12940 against CVS; (3) Failure to Engage in the Good Faith Interactive Process in Violation of California Government Code § 12940 against CVS; (4) Disability and/or Medical Condition Harassment in Violation of California Government Code § 12940 against CVS, Virdee, and Camacho; (5) Failure to Prevent Discrimination/Harassment in Violation of California Government Code § 12940 against CVS, Virdee, and Camacho; (6) Violation of the California Family Rights Act against CVS; (7) Violation of the Family and Medical Leave Act against CVS; (8) Failure to Pay Overtime Compensation against CVS; (9) Failure to Provide Breaks against CVS; (10) Violation of California Labor Code § 203 against CVS; (11) Retaliation in Violation of California Labor Code §1102.5 and § 98.6 against CVS, Virdee, and Camacho; (12) Wrongful Termination in Violation of Public Policy against CVS, Virdee, and Camacho; (13) Breach of Fiduciary Duty against CVS; (14) Breach of Contract against CVS; (15) Violation of California Business and Professions Code § 17200 against CVS; and (16) Claim for Declaratory and Injunctive Relief against CVS. *See generally* Complaint (attached as Exhibit A to the Declaration of Jennifer Zargarof, filed concurrently herewith). Each of Plaintiff's claims stem from alleged violations of his rights that arose out of his employment with CVS. *See generally* Complaint.

2.  Service of Process. CVS received service of the Action on August 22, 2013. *See*

Declaration of Jennifer Zargarof ("Zargarof Decl.") at ¶ 3. The Civil Cover Sheet, Summons, Complaint, and Notice of Case Management Conference received by Defendants from Plaintiff are attached to the Zargarof Decl. as Exhibits 1-4 respectively. Defendants Virdee and Camacho have not, to the best of CVS's knowledge, been served with the Complaint. Zargarof Decl. at ¶ 4.

### Federal Question Jurisdiction

3. The Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), (c). As indicated above, Plaintiff's Seventh Cause of Action in his Complaint allege a violation of the Federal Family and Medical Leave Act, 29 U.S.C. §§ 2601, *et seq.* Consequently, the claim arises under federal law, and this entire action is, and all claims alleged therein are, subject to removal. *See* 28 U.S.C. §§ 1331, 1441(b); *see also* 28 U.S.C. § 1367 (federal supplemental jurisdiction over state law claims).

### Procedural Statement

4. Removal is Timely. The Complaint was served on CVS on August 22, 2013. After receipt and review of the Complaint, Defendants became aware of the grounds for removal – the inclusion of a federal-law claim for violation of the FMLA. Thus, this Notice of Removal is timely, having been filed on the first Court day that falls on or after thirty days "after receipt by the defendant, through service or otherwise, of a copy of an amended pleading . . . from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b).

5. Removal to Proper Court. This Court is part of the "district and division embracing the place where" Plaintiff's state court action was filed – Alameda County, California. 28 U.S.C. § 1446(a).

6. Filing and Service. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California for the County of Alameda, and is being served on all counsel of record, consistent with 28 U.S.C. §1446(d). The Superior Court of the State of California for the County of Alameda is located within this district. Pursuant to 28 U.S.C. §1446(d), CVS is also filing in the Superior Court for the County of Alameda and serving upon Plaintiff a separate document entitled "Notice of Filing Notice of Removal to Federal Court."

7. <u>Non-Waiver of Claims</u>.  By removing this Action to this Court, CVS does not waive any defenses available to it, including but not limited to, defenses based on defects in or inadequacy of service of process and/or lack of personal jurisdiction.

8. <u>Pleadings and Process</u>.  In compliance with 28 U.S.C. §1446(a), a "copy of all process, pleadings, and order served upon" CVS prior to the filing of this Notice of Removal are attached to the Declaration of Jennifer B. Zargarof, collectively as <u>Exhibits 1-4</u>.  CVS is also attaching, as <u>Exhibit 5</u>, a copy of CVS's Answer to Plaintiff's Unverified Complaint filed in State Court and served upon Plaintiff.

<u>Exhibit 1</u>: Civil Cover Sheet

<u>Exhibit 2</u>: Summons

<u>Exhibit 3</u>: Complaint

<u>Exhibit 4</u>: Notice of Case Management Conference

<u>Exhibit 5</u>: CVS's Answer to Plaintiff's Unverified Complaint

WHEREFORE, Defendants respectfully removes this action from the California Superior Court for the County of Stanislaus, to this Court pursuant to 28 U.S.C. §1441.

Dated: September19, 2013

SIDLEY AUSTIN LLP

By: _____
Jennifer B. Zargarof, SBN 204382
jzargarof@sidley.com
Francis S. Lam, SBN 279076
flam@sidley.com
Attorneys for Defendant
CVS CAREMARK CORPORATION and CVS RX SERVICES, INC.