IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VERDINA, | No. C-13-4359 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT A CHAMBERS COPY OF NOTICE OF REMOVAL AND SUPPORTING DOCUMENTS** |
| v. | |
| CVS CAREMARK CORP., | |
| Defendant. | |

On October 16, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit a chambers copy of the Notice of Removal, filed September 19, 2013, and all supporting documentation filed therewith.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
MAXINE M. CHESNEY
United States District Judge