IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VERDINA,<br><br>    Plaintiff,<br><br>  v.<br><br>CVS CAREMARK CORP.,<br><br>    Defendant.<br>_____/ | No. C-13-4359 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT A CHAMBERS COPY OF NOTICE OF REMOVAL AND SUPPORTING DOCUMENTS** |

On October 16, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit a chambers copy of the Notice of Removal, filed September 19, 2013, and all supporting documentation filed therewith.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
MAXINE M. CHESNEY
United States District Judge