Jennifer B. Zargarof, SBN 204382
jzargarof@sidley.com
Francis S. Lam, SBN 279076
flam@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
CVS CAREMARK CORPORATION and CVS RX SERVICES, INC.

Arthur C. Chambers (SBN 53282)
Joong Y. Im (SBN 163720)
Ilona Brusil (SBN 244723)
601 Van Ness Ave., Suite 2056
San Francisco, CA 94102
Phone (415) 775 - 2144
Fax    (415) 775 - 1308

Attorneys for Plaintiff ROBERT VERDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VERDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>CVS CAREMARK CORPORATION, a Delaware Corporation; CVS RX SERVICES, INC., a New York Corporation; AMRIT VIRDEE, an individual; RUI CAMACHO, an individual, and Does 1 through 20,<br><br>    Defendant. | Case No. C-13-4359 MMC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON<br><br>Date:  December 20, 2013<br>Time:  10:30 a.m.<br>Place: Courtroom 7 |

LA1 2905875v.1

STIPULATION AND [PROPOSED] ORDER

Plaintiff, ROBERT VERDINA ("Plaintiff"), and Defendants, CVS CAREMARK CORPORATION and CVS RX SERVICES, INC. (collectively, "CVS"), hereby enter into this Joint Stipulation.

1. WHEREAS, on or about October 16, 2013, the Court entered an order reassigning the above-captioned matter to the Honorable Judge Maxine M. Chesney for all further proceedings.

2. WHEREAS, on or about October 24, 2013, the Court entered an order scheduling a Case Management Conference in the above-captioned matter for December 20, 2013 at 10:30 a.m. in Courtroom 7, 19th Floor of the United States District Court for the Northern District of California in San Francisco, California.

3. WHEREAS, counsel for CVS is unavailable to travel to San Francisco on December 20, 2013 due to a family engagement that counsel has since been unable to re-schedule.

4. WHEREAS, the parties have met and conferred and have agreed that it would be in the best interest of the parties and the Court if the Case Management Conference is continued to January 10, 2013 at 10:30 a.m., or to the next date available for the Court. The parties have not delayed the progress of the case and have already conducted the early meeting of counsel pursuant to Rule 26 and this Court's order. The parties agree that no party will be prejudiced by a continuance.

IT IS THEREFORE STIPULATED THAT:

5. The Case Management Conference currently scheduled for December 20, 2013 at 10:30 a.m. shall be continued to January 10, 2014 at 10:30 a.m., or to the next date available for the Court.

Dated: 11/24, 2013

SIDLEY AUSTIN LLP

By: _____
Jennifer B. Zargarof, SBN 204382
Attorneys for Defendant

Dated: 11/26, 2013

_____
JOONG Y. IM
Attorney for Plaintiff

LA1 2905875v.1

STIPULATION AND [PROPOSED] ORDER

### [PROPOSED] ORDER

The Court, having reviewed the parties Stipulation to Continue the Case Management Conference and good cause appearing, orders as follows:

1. The Parties' stipulation is approved.
2. The Case Management Conference for Case Number C-13-4359 MMC, currently scheduled for December 20, 2013 at 10:30 a.m., shall be continued to ___January 10_____, 2014, at 10:30 am.

**IT IS SO ORDERED.**

Dated: ___December 2___, 2013

_____
The Honorable Maxine M. Chesney