```
 1   Jennifer B. Zargarof, SBN 204382
     jzargarof@sidley.com
 2   Francis S. Lam, SBN 279076
     flam@sidley.com
 3   SIDLEY AUSTIN LLP
     555 West Fifth Street, Suite 4000
 4   Los Angeles, California  90013
     Telephone:  (213) 896-6000
 5   Facsimile:  (213) 896-6600

 6   Attorneys for Defendants
     CVS CAREMARK CORPORATION and CVS RX SERVICES, INC.
 7
     Arthur C. Chambers (SBN 53282)
 8   Joong Y. Im (SBN 163720)
     Ilona Brusil (SBN 244723)
 9   601 Van Ness Ave., Suite 2056
     San Francisco, CA 94102
10   Phone (415) 775 - 2144
11   Fax    (415) 775 - 1308

12   Attorneys for Plaintiff ROBERT VERDINA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROBERT VERDINA, | ) Case No. C-13-4359 MMC |
|---|---|
| Plaintiff, | ) |
| vs. | ) JOINT STIPULATION REQUESTING ) THAT DEFENSE COUNSEL BE ) PERMITTED TO APPEAR |
| CVS CAREMARK CORPORATION, a Delaware Corporation; CVS RX SERVICES, INC., a New York Corporation; AMRIT VIRDEE, an individual; RUI CAMACHO, an individual, and Does 1 through 20, | ) TELEPHONICALLY FOR CASE ) MANAGEMENT CONFERENCE; ) ORDER DIRECTING ALL PARTIES TO ) APPEAR TELEPHONICALLY ) Date:          January 10, 2014 ) Time:          10:30 a.m. |
| Defendant. | ) Place:         Courtroom 7 |

Plaintiff, ROBERT VERDINA ("Plaintiff"), and Defendants, CVS CAREMARK CORPORATION and CVS RX SERVICES, INC. (collectively, "CVS"), hereby enter into this Joint Stipulation.

1. WHEREAS, on or about December 2, 2013, the Court entered an order continuing the case management conference to January 10, 2014 at 10:30 a.m. in Courtroom 7, 19th Floor of the United States District Court for the Northern District of California in San Francisco, California.

2. WHEREAS, counsel for CVS resides and works in Los Angeles, California and would prefer to appear for the case management conference telephonically. Counsel for CVS will be able to adequately address all of the matters referred to in the Court's case management conference order, and will have authority to enter stipulations and make admissions pursuant to the Court's case management conference order, while appearing telephonically.

3. WHEREAS, the Parties have met and conferred and have agreed that a telephonic appearance by counsel for CVS will not prejudice the parties.

4. WHEREAS, the Parties now request that the Court permit counsel for CVS, Jennifer B. Zargarof, to appear telephonically for the January 10, 2014 case management conference.

IT IS THEREFORE STIPULATED THAT:

5. Counsel for CVS, Jennifer B. Zargarof, be permitted to appear telephonically for the January 10, 2014 case management conference. Counsel for Plaintiff will appear in person.

Dated: 12/10, 2013

SIDLEY AUSTIN LLP

By: _____
Jennifer B. Zargarof
Attorneys for Defendant

Dated: 12/10, 2013

_____
JOONG Y. IM
Attorney for Plaintiff

## [PROPOSED] ORDER

The Court, having reviewed the Parties' Stipulation Requesting that Defense Counsel be Permitted to Appear Telephonically for Case Management Conference, and good cause appearing, orders as follows:

1. The Parties' stipulation is approved.
   All parties are hereby DIRECTED
2. ~~Counsel for CVS, Jennifer B. Zargarof, is permitted~~ to appear for the parties' January 10, 2014 case management conference telephonically.

**IT IS SO ORDERED.**

Dated: December 10, 2013

_____
The Honorable Maxine M. Chesney