1  MICHAEL E. BREWER, Bar No. 177912
   JOHANNA R. CARNEY, Bar No. 277946
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA 94597
4  Telephone:   925.932.2468
   Facsimile:   925.946.9809
5
   Attorneys for Defendants
6  CVS CAREMARK CORPORATION and CVS RX
   SERVICES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  ROBERT VERDINA,                    Case No. 3:13 cv-04359-MMC

13              Plaintiff,              CVS CAREMARK CORPORATION AND
                                        CVS RX SERVICES, INC.'S NOTICE OF
14       v.                             SUBSTITUTION OF COUNSEL AND
                                        [PROPOSED] ORDER APPROVING
15  CVS CAREMARK CORPORATION, a         SUBSTITUTION
    Delaware Corporation; CVS RX
16  SERVICES, INC., a New York          Trial Date: December 8, 2014
    Corporation; AMRIT VIRDEE, an       Time:       9:00 a.m.
17  individual; RUI CAMACHO, an         Place:      Courtroom 7, 19th Floor
    individual, and Does 1 through 20,  Judge:      Hon. Maxine M. Chesney
18
                Defendants.
19

20

21  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22       PLEASE TAKE NOTICE that Defendants CVS CAREMARK CORPORATION and CVS

23  RX SERVICES, INC. (collectively, "CVS") have consented to, and hereby request that the Court

24  permit and approve, the substitution of Littler Mendelson, P.C., as counsel of record for CVS in the

25  above-captioned matter.

26  ///

27  ///

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER APPROVING
SUBSTITUTION

3:13 cv-04359-MMC

<u>**WITHDRAWING ATTORNEYS:**</u>

Jennifer B. Zargarof, SBN 204382
Francis S. Lam, SBN 279076
Sidley Austin, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:   (213) 896-6000
Facsimile:    (213) 896-6600
Email:         jzargarof@sidley.com
                    flam@sidley.com

<u>**SUPERSEDING ATTORNEYS:**</u>

MICHAEL E. BREWER, Bar No. 177912
JOHANNA R. CARNEY, Bar No. 277946
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   (925)932-2468
Facsimile:    (925) 946-9809
Email:         mbrewer@littler.com
                    jcarney@littler.com

Upon approval of this substitution, all pleadings, orders and notices should hereafter be served upon the above-mentioned superseding attorneys for Defendant CVS.

<u>**SUBSTITUTION BASED ON CONSENT**</u>

I consent to this substitution of counsel.

DATED: Feb 20, 2014

CVS CAREMARK CORPORATION and CVS RX SERVICES, INC.

By: _____
David Cogliano

//
//
//
//

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER
APPROVING SUBSTITUTION                              2.

I consent to this substitution of counsel and request to withdraw from representation.

DATED: February 20, 2014

SIDLEY AUSTIN, LLP

By: _____
Jennifer B. Zargarof
Francis S. Lam

I consent to this substitution of counsel.

DATED: Feb. 20, 2014

LITTLER MENDELSON, P.C.

By: _____
MICHAEL E. BREWER
JOHANNA R. CARNEY
Attorneys for Defendants
CVS CAREMARK CORPORATION and
CVS RX SERVICES, INC.

### [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: February 26, 2014

By: _____
Hon. Maxine M. Chesney
United States District Judge

DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION — 3.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468