1  MICHAEL E. BREWER, Bar No. 177912
   mbrewer@littler.com
2  JOHANNA R. CARNEY, Bar No. 277946
   jcarney@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California  94597
5  Telephone:    925.932.2468
   Facsimile:    925.946.9809
6
   Attorneys for Defendants
7  CVS CAREMARK CORPORATION, CVS RX
   SERVICES, INC., AMRITPAL VIRDEE, and RUI
8  CAMACHO

9  ARTHUR C. CHAMBERS, Bar No. 53282
   JOONG Y. IM, Bar No. 163720
10 ILONA BRUSIL, Bar No. 244723
   601 Van Ness Ave., Suite 2056
11 San Francisco, CA 94102
   Telephone:    415.775.2144
12 Facsimile:    415.775.1308

13 Attorneys for Plaintiff ROBERT VERDINA

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18 ROBERT VERDINA,                        Case No.  3:13-cv-04359-MMC

19            Plaintiff,                   **JOINT STIPULATED REQUEST AND
                                           [PROPOSED] ORDER TO EXTEND
20      v.                                 DEADLINE FOR MANDATORY
                                           SETTLEMENT CONFERENCE**
21 CVS CAREMARK CORPORATION, a
   Delaware Corporation; CVS RX           Judge:  Hon. Maxine M. Chesney
22 SERVICES, INC., a New York             Dept:  Courtroom 7, 19th Floor
   Corporation; AMRIT VIRDEE, an
23 individual; RUI CAMACHO, an            Trial Date:  December 8, 2014
   individual, and DOES 1 through 120,
24
            Defendant.
25

26
          Plaintiff,  Robert  Verdina  ("Plaintiff"),  and  Defendants  CVS  CAREMARK
27
   CORPORATION, CVS RX SERVICES, AMRIT VIRDEE, and RUI CAMACHO ("Defendants"),
28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATED REQUEST AND
[PROPOSED] ORDER TO EXTEND DEADLINE
(NO. 3:13-CV-04359-MMC)

file this Joint Stipulated Request to extend the date for Mandatory Settlement Conference from May 29, 2014 to July 10, 2014, or as soon thereafter as the court be available.  As grounds for this Motion, the Parties state:

1.  Littler Mendelson, P.C. began representing CVS in this manner on February 14, 2014.

2.  The two named individual defendants, Rui Camacho and Amritpal Virdee, made their first appearance in this case on May 6, 2014.

3.  Pursuant to the January 10, 2014 Civil Pretrial Minutes, the case was "referred to Magistrate Judge Nathaneal Cousins for a Settlement Conference, to be conducted in late in late May or early June – his calendar permitting."  Pursuant to the Court's January 14, 2014 Order Setting Settlement Conference, the date set for the Mandatory Settlement Conference is currently May 29, 2014.

4.  Counsel for the parties agree that settlement discussions would be premature and very likely unsuccessful prior to the deposition of all named parties.

5.  Plaintiff and CVS have engaged in good faith discovery efforts and have completed one round of written discovery.  The Parties require additional time to conduct depositions of one of the named individual defendants and the plaintiff.

6.  The Parties anticipate that they will not be able to complete the pending depositions by the current settlement conference date because of the challenges associated with, and additional time needed for, coordinating the deposition of one named defendant among counsel and the witness' schedules prior to May 29, 2014.

7.  The Parties have met and conferred and agree that they would be available on July 10, 2014 to conduct the Mandatory Settlement Conference.  The Parties have checked with Magistrate Judge Cousins' clerk and are of the information and belief that this date is agreeable to Magistrate Judge Cousins as well.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATED REQUEST AND
[PROPOSED] ORDER TO EXTEND DEADLINES
(NO. 3:13-CV-04359-MMC)

2.

8. Accordingly, the Parties respectfully request that the Court reschedule the Mandatory Settlement Conference from May 29, 2014 to July 10, 2014, or as soon thereafter as is practicable.

9. Neither Party will be prejudiced by the extension of this date. Both Parties will, however, be prejudiced if the Court denies this Motion and prevents them from conducting the pending depositions to develop the factual record in this case.

WHEREFORE, the Parties respectfully request that the Court extend the current deadline to conduct a settlement conference as set forth above.

Respectfully submitted,

Dated: May 12, 2014

ARTHUR C. CHAMBERS
JOONG Y. IM
ILONA BRUSIL
Attorneys for Plaintiff Robert Verdina

Dated: May 12 2014

MICHAEL E. BREWER
JOHANNA R. CARNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Respondents
CVS CAREMARK CORPORATION
CVS RX SERVICES, INC.

IT IS SO ORDERED.

Dated: May 20    , 2014

HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATED REQUEST AND
[PROPOSED] ORDER TO EXTEND DEADLINES
(NO. 3:13-CV-04359-MMC)

3.