MICHAEL E. BREWER, Bar No. 177912
mbrewer@littler.com
JOHANNA R. CARNEY, Bar No. 277946
jcarney@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:   925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendants
CVS CAREMARK CORPORATION, CVS RX SERVICES, INC., AMRITPAL VIRDEE, and RUI CAMACHO

ARTHUR C. CHAMBERS, Bar No. 53282
JOONG Y. IM, Bar No. 163720
ILONA BRUSIL, Bar No. 244723
601 Van Ness Ave., Suite 2056
San Francisco, CA 94102
Telephone:   415.775.2144
Facsimile:    415.775.1308

Attorneys for Plaintiff ROBERT VERDINA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VERDINA,<br><br>Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION, a Delaware Corporation; CVS RX SERVICES, INC., a New York Corporation; AMRIT VIRDEE, an individual; RUI CAMACHO, an individual, and DOES 1 through 120,<br><br>Defendant. | Case No. 3:13-cv-04359-MMC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND ALL PRETRIAL DEADLINES**<br><br>Judge: Hon. Maxine M. Chesney<br>Dept: Courtroom 7, 19th Floor<br><br>Current Trial Date:   December 8, 2014<br>Proposed Trial Date: March 10, 2015 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND ALL PRETRIAL DEADLINES (NO. 3:13-CV-04359-MMC)

Pursuant to Civil Local Rules 7-12 and 40-1, Plaintiff Robert Verdina ("Plaintiff"), and Defendants CVS CAREMARK CORPORATION, CVS RX SERVICES, AMRITPAL VIRDEE, and RUI CAMACHO ("Defendants"), file this Joint Stipulated Request to continue the trial date from December 8, 2014 to March 10, 2015, or as soon thereafter as the matter may be heard. The Parties also request that the current pretrial deadlines, including the discovery cutoffs and deadline to file dispositive motions, be vacated and reissued according to the new trial date. As grounds for this stipulation, the Parties state:

1. Littler Mendelson, P.C. began representing CVS in this manner on February 14, 2014.

2. The two named individual defendants, Rui Camacho and Amritpal Virdee, made their first appearance in this case on May 6, 2014.

3. Pursuant to the Court's January 10, 2014 Pretrial Preparation Order (Dkt. #20), the current deadlines are in place:

   a. June 23, 2014:       Non-expert discovery cutoff.
   b. July 18, 2014:       Designation of experts.
   c. August 1, 2014:      Designation of rebuttal experts.
   d. August 22, 2014:     Expert discovery cutoff.
   e. September 5, 2014:   Dispositive motions to be filed and noticed for hearing 35 days after.
   f. October 20, 2014:    Deadline to meet and confer.
   g. November 18, 2014:   Pretrial Conference date.
   h. December 8, 2014:    Trial date.

4. The Parties require additional time to conduct depositions of one of the named individual defendants and the plaintiff, and they anticipate that they will require additional time to conduct further written discovery and fact development prior to the discovery cutoffs.

5. The Parties anticipate that they will also require additional time to conduct expert discovery

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STIPULATED REQUEST AND [PROPOSED]
ORDER TO CONTINUE TRIAL DATE AND ALL
PRETRIAL DEADLINES (NO. 3:13-CV-04359-MMC)

2.

and prepare dispositive motions.

6. The Parties have met and conferred and agree that they would be available for trial on March 10, 2015, or as soon thereafter as the matter may be heard by the Court.

7. Neither Party will be prejudiced by the extension of the trial date and the discovery and dispositive motion deadlines. Both Parties will, however, be prejudiced if the Court denies this request and prevents them from conducting the necessary discovery to develop the factual record in this case prior to the discovery cutoffs and dispositive motion deadlines in advance of trial.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record as follows:

The trial of this matter shall be continued from December 8, 2014 to March 10, 2015, or as soon thereafter as the case may be heard, and all pretrial deadlines, including the discovery cutoffs and deadline to file dispositive motions, shall be vacated and reissued accordingly.

**IT IS SO STIPULATED.**

Dated: May 12, 2014

ARTHUR C. CHAMBERS
JOONG Y. IM
ILONA BRUSIL
Attorneys for Plaintiff Robert Verdina

Dated: May 13, 2014

MICHAEL E. BREWER
JOHANNA R. CARNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CVS CAREMARK CORPORATION,
CVS RX SERVICES, INC., AMRITPAL VIRDEE and
RUI CAMACHO

Pursuant to the above stipulation, trial of this action shall be continued from December 8, 2014 to March ~~10~~ 23, 2015~~, or as soon thereafter as the matter may be heard~~. All pretrial deadlines, including the discovery cutoffs and deadline to file dispositive motions, shall be vacated and reissued in accordance with the new trial date~~.~~, as set forth in the Amended Pretrial Preparation Order filed today's date.

IT IS SO ORDERED.

Dated: __May 20__, 2014

_____
HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND ALL PRETRIAL DEADLINES (NO. 3:13-CV-04359-MMC)

4.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468