# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT VERDINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 3:13-cv-04359 MMC (NC)<br><br>**ORDER TO REMEDY DEFICIENCY** |

Magistrate Judge Cousins has received plaintiff's "Confidential Settlement Conference Statement" in advance of the conference scheduled for August 19. Plaintiff's statement is both late and deficient and must be resubmitted in compliance with the Standing Order provided in this case at docket entry 12-1 on January 14, 2014. If a proper statement is not submitted and served by noon on August 12, the Court will continue the conference and may issue further orders, including sanctions, as permitted under Federal Rule of Civil Procedure 16(f).

　　　IT IS SO ORDERED.

　　　DATED: August 13, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge