UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT VERDINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 3:13-cv-04359 MMC (NC)<br><br>**AMENDED ORDER TO REMEDY DEFICIENCY** |

　　Magistrate Judge Cousins has received plaintiff's "Confidential Settlement Conference Statement" in advance of the conference scheduled for August 19. Plaintiff's statement is both late and deficient and must be resubmitted in compliance with the Standing Order provided in this case at docket entry 21-1 on January 14, 2014. If a proper statement is not submitted and served by noon on August 15, the Court will continue the conference and may issue further orders, including sanctions, as permitted under Federal Rule of Civil Procedure 16(f).

　　IT IS SO ORDERED.

DATED: August 13, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge